UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COOK and
LISA COOK,

        Plaintiffs,                            Case No. 1:23-cv-100

v.                                           Hon. Jane M. Beckering

KELLOGG COMMUNITY
CREDIT UNION, et al,

        Defendants.

_____/

**ORDER**

This matter is now before the Court on plaintiffs Robert Cook and Lisa Cook's application to proceed i*n forma pauperis* which they refer to as a "Request to proceed without prepayment" (ECF No. 2).  The Cooks'  request is a frivolous filing which they seek to have this Court utilize in lieu of filing the appropriate application.

Accordingly, the Cooks' request (ECF No. 2) is **DENIED** without prejudice.  Robert and Lisa Cook must either file the appropriate "Application to Proceed in District Court Without Prepaying Fees or Costs" (AO 239) available on the Court's website or submit the $402.00 filing fee by no later **February 20, 2023**.  If the Cooks fail to file the application or pay the filing fee, then this action will be dismissed.

        **IT IS SO ORDERED**.

Dated:  January 30, 2023                          /s/ Ray Kent_____
                                            RAY KENT
                                            United States Magistrate Judge